FILED IN OPEN COURT

DATE: 7-20-23

TIME: 5:42 P.m.

INITIALS: mm

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR. NO. 2:22-cr-20138-SHL |
| | ) | |
| BRIDGES RANDLE, JR., | ) | |
| a/k/a AJAMU ABIOLA BANJOKO, | ) | |
| a/k/a OLUWAFEMI ABIOLA BANJOKO | ) | |
| | ) | |
| Defendant. | ) | |

VERDICT

We, the jury, unanimously find as follows:

1. **Count One of the Indictment**

As to the offense of Deprivation of Rights Under Color of Law involving conduct that included aggravated sexual abuse, in violation of 18 U.S.C. § 242, involving K.T.,

We, the Jury, unanimously find the Defendant, Bridges Randle, Jr.:

Not Guilty ✓ _____        Guilty _____

<u>Instruction</u>:   Answer the following question about Count One only if your finding on Count One was " Not Guilty."


As to the lesser included offense of Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242, involving K.T.,

We, the Jury, unanimously find the Defendant, Bridges Randle, Jr.:


Not Guilty ___✓___ 𝓅ℬ        Guilty _____


2.    **Count Two of the Indictment**


As to the offense of Deprivation of Rights Under Color of Law involving conduct that included kidnapping and/or aggravated sexual abuse, in violation of 18 U.S.C. § 242, involving N.M.,

We, the Jury, unanimously find the Defendant, Bridges Randle, Jr.:


Not Guilty __✓__ 𝓅ℬ        Guilty _____

<u>Instruction One</u>:  Answer the following question about Count Two only if your finding on Count Two was "Guilty."  You may find that the defendant's conduct included aggravated sexual abuse, or kidnapping, or both.


With regard to the violation charged in Count Two, we unanimously find that:

The defendant's conduct included Aggravated Sexual Abuse.


Yes _____          No _____


The defendant's conduct included Kidnapping.


Yes _____          No _____

<u>Instruction Two</u>:  Answer  the  following  question  about  Count  Two
only  if  your  finding  on  Count  Two  was  " Not  Guilty."


As  to  the  lesser  included  offense  of  Deprivation  of  Rights
Under  Color  of  Law,  in  violation  of  18  U.S.C.  §  242,  involving
N.M.,

We,  the  Jury,  unanimously  find  the  Defendant,  Bridges  Randle,
Jr.:


Not Guilty ___✓___        Guilty _____



___7/20/23___
DATE

_____  Jillean
PRESIDING JUROR  Bailey


4