✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | TENNESSEE |

USA

V.

BRIDGES RANDLE, JR.

## EXHIBIT AND WITNESS LIST

Case Number: 22-cr-20138-SHL

| PRESIDING JUDGE<br>**SHERYL H. LIPMAN** | PLAINTIFF'S ATTORNEY(S)<br>David Pritchard, Maura D White, Andrew Manns | DEFENDANT'S ATTORNEY(S)<br>Leslie I. Ballin |
|---|---|---|
| PROCEEDING/DATE:<br>Jury Trial 7/17/2023-7/20/2023 | COURT REPORTER<br>L. Mayo | COURTROOM DEPUTY<br>M. Mullen |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 7/18/2023 | | | K.T. - Victim |
| 1 | | 7/18/2023 | √ | √ | Photograph of K.T. |
| 2 | | 7/18/2023 | √ | √ | Picture of Outside of K.T.'s Apartment in June of 2000 |
| 3 | | 7/18/2023 | √ | √ | Picture of K.T. with dress she was wearing on the night of the incident (SANE Photograph) |
| X | | 7/18/2023 | | | Kerry Lyons - Nurse |
| 4 | | 7/18/2023 | √ | √ | Copy of Emergency Department Triage Sheet dated 6/24/2000 |
| 5 | | 7/18/2023 | √ | √ | Proposed Joint Stipulations - Bridges Randle, Jr. On Duty |
| X | | 7/18/2023 | | | Donald Crowe - Memphis Police Officer |
| X | | 7/18/2023 | | | Peggy Joiner - K.T.'s Best Friend |
| X | | 7/18/2023 | | | Clara Pieh - Worked as a sexual Assault Nurse when K.T.'s incident happened |
| 6 | | 7/18/2023 | √ | √ | K.T.'s Sexual Assault Kit dated 6/24/2000     *Released to John Chevalier on 7/20/23 |
| | 7 | 7/18/2023 | √ | √ | K.T.'s Records from the SARC |
| 8 | | 7/18/2023 | √ | √ | Proposed Joint Stipulations - DNA Chain of Custody Evidence for K.T. & N.M., Confirmatory DNA Testing & Results |
| X | | 7/18/2023 | | | Samantha Spencer - Forensic Consultant |
| 9 | | 7/18/2023 | √ | √ | Saliva Sample Kit for Bridges Randle, Jr.     *Released to John Chevalier on 7/20/23 |
| X | | 7/18/2023 | | | LaTonya Moss - Friend |
| X | | 7/18/2023 | | | L.N.M. - Victim |
| 10 | | 7/18/2023 | √ | √ | Photograph of L.N.M. |
| 11 | | 7/18/2023 | √ | √ | Photograph of clubouse at 2894 Putting Green |
| 12 | | 7/18/2023 | √ | √ | Photograph of clubouse at 2894 Putting Green |
| 13 | | 7/18/2023 | √ | √ | Photograph of room where L.N.M. was taken during incident |
| 14 | | 7/18/2023 | √ | √ | Photograph of bathroom where L.N.M. tried to escape |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   2   Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | BRIDGES RANDLE, JR. | CASE NO. 22-cr-20138-SHL |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 15 | | 7/18/2023 | √ | √ | Photograh lineup shown to L.N.M. to identify the defendant |
| X | | 7/19/2023 | | | Lawrence James |
| 16 | | 7/19/2023 | √ | √ | Package with clubhouse sofa cushions that were tested  *Released to John Chevalier on 7/20/23 |
| X | | 7/19/2023 | | | Sedric Turner - Former Boss of L.N.M. |
| 17 | | 7/19/2023 | √ | √ | Proposed Joint Stipulations - Bridges Randle, Jr. Name Changes |
| X | | 7/19/2023 | | | John Chevalier - Memphis Police Department - Assigned to the FBI Taskforce |
| | | | | | -----Government Rests----- |
| | X | 7/19/2023 | | | Mario Knox - Lieutenant at the Memphis Police Department |
| | X | 7/19/2023 | | | Belma Butler - Former Memphis Police Officer |
| | | | | | -----Defense Rests----- |
| | | | | | |
| | | | | | s/M. Mullen, Case Manager |

Page   2   of   2   Pages